**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Rogers,<br><br>              Plaintiff,<br><br>v.<br><br>Andrew Saul,[1]<br>Commissioner of Social Security,<br><br>              Defendant. | No. CV-18-0260-TUC-BGM<br><br><br>**ORDER** |

      Currently pending before the Court is the Plaintiff's Application for Award of Attorneys' Fees and Costs Under the Equal Access to Justice Act and Memorandum of Points and Authorities (Doc. 25). Defendant does not object to the fees requested. *See id.* Having reviewed the same, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 25) is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff be awarded attorney's fees of $4,842.06 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

      EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). *See Astrue v. Ratliff*, 560 U.S. 586, 595–98, 130 S.Ct. 2521, 2528–29, 177 L.Ed.2d 91 (2010). As such, IT IS FURTHER ORDERED that if, after receiving this Order, the Commissioner

---

[1] The Court takes judicial notice that Nancy A. Berryhill is no longer Acting Commissioner of the Social Security Administration ("SSA"). The Court will substitute the new Commissioner of the SSA, Thomas M. Saul, as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. *See also* Fed. R. App. P. 43(c)(2).

determines upon its effectuation that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, fees will be made payable to Plaintiff's attorney, Kathryn Dicus. If, however, there is a debt owed that is subject to offset under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: Dicus Disability, LLC, 10645 North Tatum Boulevard, No. 329, Phoenix, Arizona 85028.

Dated this 31st day of January, 2020.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge